UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Stephen J. Reichert and        :        Chapter 13
         Deborah A. Reichert            :
                                        :
         Debtors                        :        No. 13-20063-sr

## ORDER

AND NOW, this __18th__ day of __August__, 2016, upon consideration of Debtors' Amended Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.   IT IS FURTHER ORDERED THAT Debtors' Fourth Amended Chapter 13 Plan shall be approved.

**BY THE COURT:**

_____
Stephen Raslavich, Bankruptcy Judge