**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>STEPHEN J. REICHERT<br>DEBORAH A. REICHERT<br><br>          Debtors | CHAPTER 13<br><br><br>CASE NO. 13:20063-sr |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

ROBERT W. SCOTT and ROBIN C. SCOTT have filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 of the Bankruptcy Code.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.     If you do not want the court to grant the relief sought in the motion then on or before <u>September 2, 2016</u> you or your attorney must do ALL of the following:

   (a)     File an answer explaining your position at

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   900 Market Street, Suite 400
   Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)     Mail a copy to the movant's attorney

   Shawn J. Lau, Esquire
   Lau & Associates, P.C.
   4228 St. Lawrence Avenue
   Reading, PA 19606
   610-370-2000 Phone/610-370-0700 Fax

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on <u>September 21, 2016 at 10:00 a.m</u>. in the United States Bankruptcy Court, Courtroom #4, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: August 19, 2016         <u>/s/ Shawn J. Lau, Esquire</u>
Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 Phone
610-370-0700 Fax
*Attorney for Robert W. Scott and Robin C. Scott.*