United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Stephen J. Reichert
Deborah A. Reichert
    Debtors

Case No. 13-20063-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 18, 2016
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
db/jdb    +Stephen J. Reichert,   Deborah A. Reichert,   1350 Shady Lane,   Chester Springs, PA 19425-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JAMES RANDOLPH WOOD   on behalf of Creditor   Borough of Pottstown/Pottstown Borough Authority
       jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Wells Fargo Bank, National Association as Trustee
       for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
       Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KIMBERLY A. BONNER   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSR
       Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
      KIMBERLY A. BONNER   on behalf of Creditor   US BANK N.A. amps@manleydeas.com
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN   on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      SCOTT F. WATERMAN   on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      SCOTT F. WATERMAN   on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      SCOTT F. WATERMAN   on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Stephen J. Reichert and | : | Chapter 13 |
| | Deborah A. Reichert | : | |
| | | : | |
| | Debtors | : | No. 13-20063-sr |

### ORDER

AND NOW, this  18th  day of  August , 2016, upon consideration of Debtors' Amended Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.   IT IS FURTHER ORDERED THAT Debtors' Fourth Amended Chapter 13 Plan shall be approved.

BY THE COURT:

_____
Stephen Raslavich, Bankruptcy Judge