United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen J. Reichert  
Deborah A. Reichert  
      Debtors

Case No. 13-20063-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Sep 16, 2016  
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13194471     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:04:29     Green Tree Servicing LLC,
       7340 S. Kyrene Rd.,   Recovery Dept - T120,   Tempe, AZ 85283-4573
                                                                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   Borough of Pottstown/Pottstown Borough Authority
           jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wells Fargo Bank, National Association as Trustee
           for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
           Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor   U.S. Bank National Association, as Trustee for GSR
           Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor   US BANK N.A. amps@manleydeas.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN    on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SCOTT F. WATERMAN    on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SCOTT F. WATERMAN    on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SCOTT F. WATERMAN    on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SHAWN J. LAU    on behalf of Creditor Robin C. Scott shawn_lau@msn.com
          SHAWN J. LAU    on behalf of Creditor Robert W. Scott shawn_lau@msn.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                           TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-20063-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephen J. Reichert
1350 Shady Lane
Chester Springs PA 19425

Deborah A. Reichert
1350 Shady Lane
Chester Springs PA 19425

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/15/2016.

Name and Address of Alleged Transferor(s):

Claim No. 1: Green Tree Servicing LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283

Name and Address of Transferee:

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/18/16

Tim McGrath
**CLERK OF THE COURT**