# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>STEPHEN J. REICHERT<br>DEBORAH A. REICHERT<br><br>**Debtors** | CHAPTER 13<br><br>CASE NO. 13:20063-sr |
|---|---|

## ORDER APPROVING STIPULATION

AND NOW, this __24th__ day of __October__, 2016, it is hereby ORDERED that the Stipulation in Settlement of Motion for Relief From the Automatic Stay submitted by the Debtors, Stephen J. Reichert and Deborah A. Reichert, and the Creditors, Robert W. Scott and Robin C. Scott is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
Judge Stephen Raslavich