United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-20063-sr
Stephen J. Reichert                                                   Chapter 13
Deborah A. Reichert
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Oct 24, 2016
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db/jdb         +Stephen J. Reichert,    Deborah A. Reichert,    1350 Shady Lane,    Chester Springs, PA 19425-2802
cr             +Robert W. Scott,    c/o Lau & Associates, P.C.,    4228 St. Lawrence Avenue,
                 Reading, PA 19606-2894
cr             +Robin C. Scott,    c/o Lau & Associates, P.C.,    4228 St. Lawrence Ave,    Reading, PA 19606-2894

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSR
               Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SHAWN J. LAU    on behalf of Creditor Robert W. Scott shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Creditor Robin C. Scott shawn_lau@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**STEPHEN J. REICHERT**<br>**DEBORAH A. REICHERT**<br>　　　　　　**Debtors** | **CHAPTER 13**<br><br>**CASE NO. 13:20063-sr** |

## ORDER APPROVING STIPULATION

AND NOW, this __24th__ day of __October__, 2016, it is hereby ORDERED that the Stipulation in Settlement of Motion for Relief From the Automatic Stay submitted by the Debtors, Stephen J. Reichert and Deborah A. Reichert, and the Creditors, Robert W. Scott and Robin C. Scott is approved, shall be, and is made an Order of this Court.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Stephen Raslavich