IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-20063-sr |
|---|---|
| STEPHEN and DEBORAH REICHERT, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #1-1)** filed by **Bank of America/Countrywide**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

**Bank of America/Countrywide** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** January 23, 2017.

Dated: January 9, 2017.

BY THE COURT:

_____
Hon. Judge Stephen Raslavich
U.S. Bankruptcy Court Judge