# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**STEPHEN J. REICHERT**<br>**DEBORAH A. REICHERT**<br><br>**Debtors** | CHAPTER 13<br><br>CASE NO. 13:20063-sr |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Certification of Default filed by counsel for Robert W. Scott and Robin C. Scott for Relief from the Automatic Stay due to Debtors' failure to comply with the terms of the Stipulation and Order dated October 24, 2016, it is hereby

ORDERED that Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 is hereby granted to allow the Movants, Robert W. Scott and Robin C. Scott, to exercise their state law rights and remedies against 2355 E. Apache Road, Lot # 1, Game Creek Ranch Subdivision, Teton County, Wyoming and under on the Note and Mortgage entered into by the Debtors.

_____
**JUDGE STEPHEN RASLAVICH**    , J.

**Dated: February 28, 2017**

Copies to:

Shawn J. Lau, Esq.
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
*Counsel for Robert W. Scott and Robin C. Scott*

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Stephen J. Reichert
1350 Shady Lane
Chester Springs, PA 19425

Deborah A. Reichert
1350 Shady Lane
Chester Springs, PA 19425

Scott F. Waterman, Esq.
110 West Front Street
Media, PA 19063