United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20063-sr
Stephen J. Reichert                                                       Chapter 13
Deborah A. Reichert
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 1              Date Rcvd: Feb 28, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db/jdb       +Stephen J. Reichert,   Deborah A. Reichert,   1350 Shady Lane,   Chester Springs, PA 19425-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
           jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
           for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
           Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSR
           Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
          PETER J. ASHCROFT    on behalf of Creditor    Bank of America/Countrywide
           pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN    on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SCOTT F. WATERMAN    on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SCOTT F. WATERMAN    on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SCOTT F. WATERMAN    on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          SHAWN J. LAU    on behalf of Creditor Robert W. Scott shawn_lau@msn.com
          SHAWN J. LAU    on behalf of Creditor Robin C. Scott shawn_lau@msn.com
          THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for
           Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
           Mortgage Pass-Through icates, Series 2005-AR5 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                              TOTAL: 15

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**STEPHEN J. REICHERT**<br>**DEBORAH A. REICHERT**<br><br>                        **Debtors** | **CHAPTER 13**<br><br><br>**CASE NO. 13:20063-sr** |

### ORDER

AND NOW, this _____ day of _____, 2017, upon

consideration of the Certification of Default filed by counsel for Robert W. Scott and Robin C.

Scott for Relief from the Automatic Stay due to Debtors' failure to comply with the terms of the

Stipulation and Order dated October 24, 2016, it is hereby

ORDERED that Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 is hereby

granted to allow the Movants, Robert W. Scott and Robin C. Scott, to exercise their state law rights

and remedies against 2355 E. Apache Road, Lot # 1, Game Creek Ranch Subdivision, Teton

County, Wyoming and under on the Note and Mortgage entered into by the Debtors.

_____
**JUDGE STEPHEN RASLAVICH**      , J.

**Dated: February 28, 2017**

Copies to:

Shawn J. Lau, Esq.
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
*Counsel for Robert W. Scott and Robin C. Scott*

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Stephen J. Reichert
1350 Shady Lane
Chester Springs, PA 19425

Deborah A. Reichert
1350 Shady Lane
Chester Springs, PA 19425

Scott F. Waterman, Esq.
110 West Front Street
Media, PA 19063