United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20063-sr
Stephen J. Reichert                                                       Chapter 13
Deborah A. Reichert
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1           Date Rcvd: Apr 07, 2017
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
db/jdb         +Stephen J. Reichert,   Deborah A. Reichert,   1350 Shady Lane,   Chester Springs, PA 19425-2802
cr             +Robert W. Scott,    c/o Lau & Associates, P.C.,    4228 St. Lawrence Avenue,
                 Reading, PA 19606-2894
cr             +Robin C. Scott,   c/o Lau & Associates, P.C.,    4228 St. Lawrence Ave,   Reading, PA 19606-2894

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS   on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD   on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER   on behalf of Creditor    U.S. Bank National Association, as Trustee for GSR
               Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
              KIMBERLY A. BONNER   on behalf of Creditor    US BANK N.A. amps@manleydeas.com
              PETER J. ASHCROFT   on behalf of Creditor    Bank of America/Countrywide
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN   on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN   on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN   on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN   on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SHAWN J. LAU   on behalf of Creditor Robert W. Scott shawn_lau@msn.com
              SHAWN J. LAU   on behalf of Creditor Robin C. Scott shawn_lau@msn.com
              THOMAS I. PULEO   on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for
               Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>STEPHEN J. REICHERT<br>DEBORAH A. REICHERT<br>Debtors | CHAPTER 13<br><br>CASE NO. 13:20063-sr |
|---|---|

## STIPULATION REGARDING DEBTORS' MOTION TO MODIFY PLAN POST CONFIRMATION

It is hereby STIPULATED and AGREED by and between Robert W. Scott and Robin C. Scott (the "Scotts") and Stephen J. Reichert and Deborah A. Reichert (the "Debtors") (hereinafter referred to collectively with the Scotts as the "Parties") as follows:

1. The Scotts are secured creditors of the Debtors pursuant to a Promissory Note ("Note") and Mortgage ("Mortgage") on real estate located at 2355 E. Apache Road, Lot # 1, Game Creek Ranch Subdivision, Teton County, Wyoming ("Property").

2. On February 28, 2017 this court granted relief from the automatic stay for the Scotts to pursue their state law remedies as to the Property ("Relief Order").

3. On March 13, 2017 the Debtors filed a Motion for Post-Confirmation Modification of Chapter 13 Plan, along with a proposed Fifth Amended Plan.

4. The Scotts agree this Stipulation resolves their Objection to the Fifth Amended Plan.

5. The Parties agree that the Fifth Amended Plan does not vacate the terms of the Relief Order nor is the automatic stay reinstated as to the Property once the Fifth Amended Plan is approved by the Court, and nothing in the Fifth Amended Plan or this Stipulation restrains in

any way the right of the Scotts to proceed with their state law remedies as to the Property and sale of the Property if that is what they desire upon reacquiring ownership.

6. The Parties agree the Debtors will not seek to reinstate the 11 U.S.C. § 362 Automatic Stay in any case.

7. Once the Fifth Amended Plan is approved by this Court the Debtors will not seek to reinstate the automatic stay as to the Property in this case and will not refile another bankruptcy case within one (1) year of dismissal if this case is subsequently dismissed.

8. The Parties agree that a facsimile signature shall be considered an original signature.

SCOTT F. WATERMAN, ESQ.
Waterman & Mayer, LLP.
110 West Front Street
Media, PA 19063
(610) 566-6177
Fax: (610) 892-6991
Attorney for Debtors
Date: April 4, 2017

SHAWN J. LAU, ESQ.
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
(610) 370-2000
Fax: (610) 370-0700
Attorney for Robert W Scott and Robin C. Scott ("Scotts")
Date: _____

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Date: _____

Approved and so Ordered this 6th day of April, 2017:

Judge Stephen Raslavich