UNITED STATES BANKRUPTCY COURT

Stephen J. Reichert and  
Deborah A. Reichert

Chapter 13

Debtors

No. 13-20063-sr

**ORDER**

AND NOW, upon consideration of Debtors' Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.   IT IS FURTHER ORDERED THAT Debtors' Fifth Amended Chapter 13 Plan Is approved.

**Date: April 13, 2017**

_____

Stephen Raslavich, Bankruptcy Judge