United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen J. Reichert  
Deborah A. Reichert  
    Debtors

Case No. 13-20063-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Apr 13, 2017  
     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db/jdb      +Stephen J. Reichert,     Deborah A. Reichert,     1350 Shady Lane,     Chester Springs, PA 19425-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:

     BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through icates, Series 2005-AR5 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 amps@manleydeas.com  
     KIMBERLY A. BONNER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com  
     PETER J. ASHCROFT    on behalf of Creditor    Bank of America/Countrywide pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     SCOTT F. WATERMAN    on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com  
     SCOTT F. WATERMAN    on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com  
     SCOTT F. WATERMAN    on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com  
     SCOTT F. WATERMAN    on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com  
     SHAWN J. LAU    on behalf of Creditor Robert W. Scott shawn_lau@msn.com  
     SHAWN J. LAU    on behalf of Creditor Robin C. Scott shawn_lau@msn.com  
     THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through icates, Series 2005-AR5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

     TOTAL: 16

UNITED STATES BANKRUPTCY COURT

Stephen J. Reichert and　　　　　　　　　　　　Chapter 13
Deborah A. Reichert

Debtors

No. 13-20063-sr

**ORDER**

AND NOW, upon consideration of Debtors' Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED. IT IS FURTHER ORDERED THAT Debtors' Fifth Amended Chapter 13 Plan Is approved.

**Date: April 13, 2017**

_____

Stephen Raslavich, Bankruptcy Judge