**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 13-20063** |
| **Stephen J. Reichert** | : | **Chapter 13** |
| **Deborah A. Reichert** | : | **Judge Stephen Raslavich** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association, as** | : | **Date and Time of Hearing** |
| **Trustee for GSR Mortgage Loan Trust** | : | **Place of Hearing** |
| **2005-AR7** | : | **June 28, 2017 at 10:00 a.m.** |
| **Movant,** | : | |
| **vs** | : | **U.S. Bankruptcy Court** |
| | : | **Courtroom #4** |
| **Stephen J. Reichert** | : | **900 Market Street** |
| **Deborah A. Reichert** | : | **Philadelphia, PA, 19107** |
| | | |
| **Frederick L. Reigle** | | |
| **Respondents.** | | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 has filed a Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 to foreclose on 1350 Shady Lane, Chester Springs, PA 19425 (First Mortgage).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before June 7, 2017, you or your attorney must do **ALL** of the following:

    A.  File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B.   Mail a copy to the Creditor's attorney and the below listed:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
Reading, PA  19606
ecfmail@fredreiglech13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.   A hearing on the Motion is scheduled to be held before the Honorable Stephen Raslavich on June 28, 2017 at 10:00 a.m. in U.S. Bankruptcy Court, Courtroom #4, 900 Market Street, Philadelphia, PA, 19107.

4.   If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: May 23,2017

15-024578_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 13-20063** |
| **Stephen J. Reichert** | : | **Chapter 13** |
| **Deborah A. Reichert** | : | **Judge Stephen Raslavich** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association, as** | : | **Date and Time of Hearing** |
| **Trustee for GSR Mortgage Loan Trust** | : | **Place of Hearing** |
| **2005-AR7** | : | **June 28, 2017 at 10:00 a.m.** |
| **Movant,** | : | |
| **vs** | : | **U.S. Bankruptcy Court** |
| | : | **Courtroom #4** |
| **Stephen J. Reichert** | : | **900 Market Street** |
| **Deborah A. Reichert** | : | **Philadelphia, PA, 19107** |
| | | |
| **Frederick L. Reigle** | | |
| **Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and

Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to

permit U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 to

foreclose on 1350 Shady Lane, Chester Springs, PA 19425 (First Mortgage) was served on the

parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500,
Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave.,
Reading, PA 19606

Scott F. Waterman, Attorney for Stephen J. Reichert and Deborah A. Reichert, 110 West
Front Street, Media, PA 19063, scottfwaterman@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 23, 2017:

15-024578_FXF

Stephen J. Reichert and Deborah A. Reichert, 1350 Shady Lane, Chester Springs, PA 19425

Susquehanna Bank, 9 E. Main Street, PO Box 1000, Lititz, PA  17543

Bank of America, 450 American Street, Mail Stop S765, Simi Valley, CA  93065

FDIC as Receiver for Nova Bank, 1601 Bryan Street, Dallas, TX  75201


DATE: <u>May 23, 2017</u>

  /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

15-024578_FXF