### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Stephen J. Reichert and
Deborah A. Reichert

        Debtor(s)

Case No: 13−20063−sr

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Stephen Raslavich , United States Bankruptcy Judge to consider:

Motion for Relief From Stay on First Mortgage Lien for Real Property located at 1350 Shady Lane, Chester Springs, PA. Filed by US Bank N.A. Represented by Karina Velter.

on: 9/13/17

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/1/17

Timothy B. McGrath
Clerk of Court