```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 13-20063-sr
Stephen J. Reichert                                               Chapter 13
Deborah A. Reichert
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0313-2           User: Nancy                 Page 1 of 2               Date Rcvd: Aug 01, 2017
                               Form ID: 167                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
db/jdb         +Stephen J. Reichert,    Deborah A. Reichert,    1350 Shady Lane,    Chester Springs, PA 19425-2802
cr             +Borough of Pottstown/Pottstown Borough Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
cr             +Robert W. Scott,    c/o Lau & Associates, P.C.,    4228 St. Lawrence Avenue,
                 Reading, PA 19606-2894
cr             +Robin C. Scott,    c/o Lau & Associates, P.C.,    4228 St. Lawrence Ave,    Reading, PA 19606-2894
13192368       +AES/Educ Funding South,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13192369       +Bank of America,    450 American Street,    Mail Stop S765,    Simi Valley, CA 93065-6285
13192370        Benchmark Federal Credit Union,    P.O. Box 790289,    Saint Louis, MO 63179-0289
13245052       +Boough of Pottstown/Pottstown Borough Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13896891       +Brian C. Nicholas, Esquire,    Thomas Puleo, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13192371       +Charles Shur, Esquire,    1100 Bershire Blvd,    Suite 301,    Reading, PA 19610-1292
13425834        ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13192372       +FDIC as Receiver for Nova Bank,    1601 Bryan Street,    Dallas, TX 75201-3401
13192373       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13192375       +Herbert Reichert,    585 Tanglewood Lane,    Devon, PA 19333-1025
13242557       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13192379       +Robert Scott and Robin Scott,    P.O. Box 546,    Brinnon, WA 98320-0546
13778554       +Robert W. & Robin A. Scott,    c/o Lau & Associates, P.C.,    4228 St. Lawrence Avenue,
                 Reading, PA 19606-2894
13778556       +Robert W. Scott & Robin A. Scott,    c/o Lau & Associates, P.C.,    4228 St. Lawrence Avenue,
                 Reading, PA 19606-2894
13192380       +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13192381       +Susquehanna Bank,    9 E. Main Street,    P.O. Box 1000,    Lititz, PA 17543-7000
13192382       +US Bank N.A. c/o Wells Fargo,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
13229320       +US Bank National Association, as Trustee for GSR,    c/o Wells Fargo Bank, N.A.,
                 ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13312033       +Wells Fargo Bank, National Association et al...,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13192383       +Zucker, Goldberg & Ackerman, LLC.,    200 Sheffield Street Suite 101,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2017 02:14:23      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bkdepartment@rtresolutions.com Aug 02 2017 02:18:06
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
13194471       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2017 02:14:23      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13192376       +E-mail/Text: cio.bncmail@irs.gov Aug 02 2017 02:17:24      Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
13296999        E-mail/Text: bkr@cardworks.com Aug 02 2017 02:17:16      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13192377       +E-mail/Text: bkr@cardworks.com Aug 02 2017 02:17:16      Merrick Bank,    Attn: Bankruptcy,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
13192378        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2017 02:17:54      PA Dept of Revenue,
                 Bureau of Compliance,    Dept 280946,    Harrisburg, PA 17128-0946
13334235        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2017 02:17:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13204375       +E-mail/Text: bklaw@centurylink.com Aug 02 2017 02:18:53      QWEST CORPORATION DBA CENTURYLINK,
                 CENTURYLINK BANKRUPTCY,    700 W MINERAL AVE, ARIZONA ROOM,    LITTLETON CO 80120-4511
13308067        E-mail/Text: bkdepartment@rtresolutions.com Aug 02 2017 02:18:06
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
                 Dallas, TX 75247
13792204        E-mail/Text: bkdepartment@rtresolutions.com Aug 02 2017 02:18:06
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
13200107        E-mail/PDF: rmscedi@recoverycorp.com Aug 02 2017 02:14:24
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2          User: Nancy              Page 2 of 2              Date Rcvd: Aug 01, 2017
                              Form ID: 167             Total Noticed: 36

cr*             ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
13192374*      +Fed Loan Serv,    Pob 69184,    Harrisburg, PA 17106-9184
13231730*      +Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
13308071*     ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
               (address filed with court:   Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,
                 P.O. Box 36655,    Dallas, TX 75247)
13308073*     ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
               (address filed with court:   Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,
                 P.O. Box 36655,    Dallas, TX 75247)
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSR
               Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
              PETER J. ASHCROFT    on behalf of Creditor    Bank of America/Countrywide
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SHAWN J. LAU    on behalf of Creditor Robert W. Scott shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Creditor Robin C. Scott shawn_lau@msn.com
              THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for
               Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephen J. Reichert and
Deborah A. Reichert
    Debtor(s)

Case No: 13−20063−sr

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Stephen Raslavich , United States Bankruptcy Judge to consider:

Motion for Relief From Stay on First Mortgage Lien for Real Property located at 1350 Shady Lane, Chester Springs, PA. Filed by US Bank N.A. Represented by Karina Velter.

on: 9/13/17

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/1/17

Timothy B. McGrath
Clerk of Court

157 − 150
Form 167