# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 13-20063-sr** |
| **Stephen J. Reichert** | : **Chapter 13** |
| **Deborah A. Reichert** | : **Jean K. FitzSimon** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **U.S. Bank National Association, as** | : Date and Time of Hearing |
| **Trustee for GSR Mortgage Loan Trust** | : Place of Hearing |
| **2005-AR7** | : **June 28, 2017 at 10:00 a.m.** |
| **Movant,** | : _____ |
| **vs** | : **U.S. Bankruptcy Court** |
| | : **900 Market Street** |
| **Stephen J. Reichert** | : **Philadelphia, PA, 19107** |
| **Deborah A. Reichert** | : |
| | |
| **Frederick L. Reigle** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this  25th  day of   October      , 20 17 , upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 in and to the Real Property of Debtor located at 1350 Shady Lane, Chester Springs, PA 19425 and more particularly described in the Mortgage, recorded January 18, 2005, at Instrument Number 10497819.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

*[signature: Jean K FitzSimon]*

_____
JEAN K FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

15-024578_FXF