United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Stephen J. Reichert
Deborah A. Reichert
    Debtors

Case No. 13-20063-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 26, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
db/jdb     +Stephen J. Reichert,    Deborah A. Reichert,    1350 Shady Lane,    Chester Springs, PA 19425-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through icates, Series 2005-AR5 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     KARINA VELTER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
     KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
     KIMBERLY A. BONNER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
     PETER J. ASHCROFT    on behalf of Creditor    Bank of America/Countrywide pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     SCOTT F. WATERMAN    on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com
     SCOTT F. WATERMAN    on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com
     SCOTT F. WATERMAN    on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com
     SCOTT F. WATERMAN    on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com, scottfwaterman@gmail.com
     SHAWN J. LAU    on behalf of Creditor Robert W. Scott shawn_lau@msn.com
     SHAWN J. LAU    on behalf of Creditor Robin C. Scott shawn_lau@msn.com
     THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through icates, Series 2005-AR5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 13-20063-sr |
| **Stephen J. Reichert** | : Chapter 13 |
| **Deborah A. Reichert** | : Jean K. FitzSimon |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **U.S. Bank National Association, as** | : Date and Time of Hearing |
| **Trustee for GSR Mortgage Loan Trust** | : Place of Hearing |
| **2005-AR7** | : June 28, 2017 at 10:00 a.m. |
| **Movant,** | : |
| | : _____ |
| vs | : U.S. Bankruptcy Court |
| | : 900 Market Street |
| **Stephen J. Reichert** | : Philadelphia, PA, 19107 |
| **Deborah A. Reichert** | : |
| | |
| **Frederick L. Reigle** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this  25th  day of   October   , 20 17 , upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 in and to the Real Property of Debtor located at 1350 Shady Lane, Chester Springs, PA 19425 and more particularly described in the Mortgage, recorded January 18, 2005, at Instrument Number 10497819.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
JEAN K FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

15-024578_FXF