UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

STEPHEN J. REICHERT
DEBORAH A. REICHERT

                                     : Bankruptcy No. 13-20063SR

        Debtor(s)             : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 16, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

SCOTT F WATERMAN ESQ
110 WEST FRONT ST
MEDIA PA 19063-

STEPHEN J. REICHERT
DEBORAH A. REICHERT
1350 SHADY LANE
CHESTER SPRINGS,PA.19425-