United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                               Case No. 13-20063-jkf
Stephen J. Reichert                                                  Chapter 13
Deborah A. Reichert
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP                 Page 1 of 2              Date Rcvd: Nov 16, 2017
                              Form ID: pdf900             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db/jdb         +Stephen J. Reichert,   Deborah A. Reichert,    1350 Shady Lane,   Chester Springs, PA 19425-2802
cr             +Borough of Pottstown/Pottstown Borough Authority,   c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,   Norristown, PA 19404-3020
cr             +Robert W. Scott,   c/o Lau & Associates, P.C.,   4228 St. Lawrence Avenue,
                Reading, PA 19606-2894
cr             +Robin C. Scott,   c/o Lau & Associates, P.C.,   4228 St. Lawrence Ave,   Reading, PA 19606-2894
13192368       +AES/Educ Funding South,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
13192369       +Bank of America,   450 American Street,   Mail Stop S765,   Simi Valley, CA 93065-6285
13192370        Benchmark Federal Credit Union,   P.O. Box 790289,   Saint Louis, MO 63179-0289
13245052       +Boough of Pottstown/Pottstown Borough Authority,   c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,   Norristown, PA 19404-3020
13896891       +Brian C. Nicholas, Esquire,   Thomas Puleo, Esquire,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13192371       +Charles Shur, Esquire,   1100 Bershire Blvd,   Suite 301,   Reading, PA 19610-1292
13425834        ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
13192372       +FDIC as Receiver for Nova Bank,   1601 Bryan Street,   Dallas, TX 75201-3401
13192373       +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
13192375       +Herbert Reichert,   585 Tanglewood Lane,   Devon, PA 19333-1025
13242557       +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13192379       +Robert Scott and Robin Scott,   P.O. Box 546,   Brinnon, WA 98320-0546
13778554       +Robert W. & Robin A. Scott,   c/o Lau & Associates, P.C.,   4228 St. Lawrence Avenue,
                Reading, PA 19606-2894
13778556       +Robert W. Scott & Robin A. Scott,   c/o Lau & Associates, P.C.,   4228 St. Lawrence Avenue,
                Reading, PA 19606-2894
13192380       +Scott F. Waterman, Esquire,   110 W. Front Street,   Media, PA 19063-3208
13192381       +Susquehanna Bank,   9 E. Main Street,   P.O. Box 1000,   Lititz, PA 17543-7000
13192382       +US Bank N.A. c/o Wells Fargo,   3476 Stateview Blvd,   Fort Mill, SC 29715-7203
13229320       +US Bank National Association, as Trustee for GSR,   c/o Wells Fargo Bank, N.A.,
                ATTN: Bankruptcy Dept.,   MAC#D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13312033       +Wells Fargo Bank, National Association et al...,   Chase Records Center,
                Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13192383       +Zucker, Goldberg & Ackerman, LLC.,   200 Sheffield Street Suite 101,
                Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:24     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:40     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
cr             +E-mail/Text: bkdepartment@rtresolutions.com Nov 17 2017 01:52:41
                Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   Dallas, TX 75247-4029
13194471       +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:40     Green Tree Servicing LLC,
                7340 S. Kyrene Rd.,   Recovery Dept - T120,   Tempe, AZ 85283-4573
13192376       +E-mail/Text: cio.bncmail@irs.gov Nov 17 2017 01:51:45     Internal Revenue Service,
                600 Arch Street,   Philadelphia, PA 19106-1695
13296999        E-mail/Text: bkr@cardworks.com Nov 17 2017 01:51:26     MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13192377       +E-mail/Text: bkr@cardworks.com Nov 17 2017 01:51:26     Merrick Bank,   Attn: Bankruptcy,
                P.O. Box 9201,   Old Bethpage, NY 11804-9001
13192378        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:23     PA Dept of Revenue,
                Bureau of Compliance,   Dept 280946,   Harrisburg, PA 17128-0946
13334235        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:23
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13204375       +E-mail/Text: bklaw@centurylink.com Nov 17 2017 01:53:41     QWEST CORPORATION DBA CENTURYLINK,
                CENTURYLINK BANKRUPTCY,   700 W MINERAL AVE, ARIZONA ROOM,   LITTLETON CO 80120-4511
13308067        E-mail/Text: bkdepartment@rtresolutions.com Nov 17 2017 01:52:41
                Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,   P.O. Box 36655,
                Dallas, TX 75247
13792204        E-mail/Text: bkdepartment@rtresolutions.com Nov 17 2017 01:52:41
                Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
13200107        E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2017 01:45:06
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 14
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Nov 16, 2017
                              Form ID: pdf900          Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             ECMC,   PO Box 16408,   St. Paul, MN  55116-0408
13192374*      +Fed Loan Serv,   Pob 69184,   Harrisburg, PA  17106-9184
13231730*      +Internal Revenue Service,   P O Box 7346,   Philadelphia, PA  19101-7346
13308071*     ++REAL TIME RESOLUTIONS INC,   PO BOX 36655,   DALLAS TX  75235-1655
               (address filed with court: Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,
                 P.O. Box 36655,   Dallas, TX  75247)
13308073*     ++REAL TIME RESOLUTIONS INC,   PO BOX 36655,   DALLAS TX  75235-1655
               (address filed with court: Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,
                 P.O. Box 36655,   Dallas, TX  75247)
                                                                                             TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSR
               Mortgage Loan Trust 2005-AR7 amps@manleydeas.com
              PETER J. ASHCROFT    on behalf of Creditor    Bank of America/Countrywide
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Plaintiff Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Debtor Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Deborah A. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Plaintiff Stephen J. Reichert scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SHAWN J. LAU    on behalf of Creditor Robert W. Scott shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Creditor Robin C. Scott shawn_lau@msn.com
              THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for
               Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5,
               Mortgage Pass-Through icates, Series 2005-AR5 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 17
```

Imaged Certificate of Notice    Page 3 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                      :

STEPHEN J. REICHERT
DEBORAH A. REICHERT

                                                                            : Bankruptcy No. 13-20063SR
                    Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 16, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

SCOTT F WATERMAN ESQ
110 WEST FRONT ST
MEDIA PA 19063-

STEPHEN J. REICHERT
DEBORAH A. REICHERT
1350 SHADY LANE
CHESTER SPRINGS,PA.19425-